

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TERRANCE DEERING BLACK, | § | No. 08-12-00338-CR |
| Appellant, | § | Appeal from the |
| v. | § | 296th District Court |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| State. | § | (TC# 296-81761-2012) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 26, 2013.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Janet L. Dugger, Court Reporter for the 296th District Court, for Collin County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **June 26, 2013.**

IT IS SO ORDERED this 15th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.